DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BARRETT, MARC L and
BARRETT, MICHELLE L

Case No. 07-03795-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $92.31, BEING MONIES WHICH ARE
UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| BARRETT, MARC L and BARRETT, MICHELLE L | 2618 S 85TH AVENUE YAKIMA , WA 98908 | $92.31 |

Dated: January 26, 2011

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875676      2/7/11                    $92.31